**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jacob E. Heric*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
jacob.heric@usdoj.gov

*main: (973) 645-2700*
*direct: (973) 645-2709*

August 19, 2026

**BY ECF**
Honorable Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Guambana Guambana v. Mullin, et al.*, Civ. No. 26-10456 (MCA)**
**Confirmation of Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody in New Jersey at approximately 8:45 p.m. on August 17, 2026. Therefore, we respectfully request that the Court close this matter.

Thank you for your continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ Jacob E. Heric*
JACOB E. HERIC
Special Assistant U.S. Attorney
*Attorneys for Respondents*

cc: All counsel of record (via ECF)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/19/26